**FILED**

**AUG 2 6 2013**

THOMAS G BRUTON
CLERK, U S DISTRICT COUR

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

*IN FORMA PAUPERIS* APPLICATION
AND
FINANCIAL AFFIDAVIT

MICHAEL WIDMER.
_____
Plaintiff

v.

Mail Room Employees et al;
_____
Defendant(s)

13 C 6097
Judge Milton I. Shadur
Magistrate Judge Jeffrey Cole

*Instructions:* Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

*Application:* I, Michael Widmer , declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?   ☒ Yes   ☐ No
   (If "No," go to Question 2)
   I.D. #: B-30985   Name of prison or jail: Stateville NRC
   Do you receive any payment from the institution?   ☐ Yes   ☒ No
   Monthly amount: _____

2. Are you currently employed?   ☐ Yes   ☒ No
   a.   If the answer is "yes," state your:
        *Monthly* salary or wages: Ø
        Name and address of employer: N/A

   b.   If the answer is "no," state your:
        Beginning and ending dates of last employment: 2008-2009
        *Last monthly* salary or wages: UNION SCALE $32⁰⁰ pr hr. IW #1
        Name and address of last employer: Unknown - Chicago Il.

3. Are you married? ☐ Yes ☒ No *Widowed*
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____ NA _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☒ Salary or ☐ wages ☐Yes ☐No
      Amount: _____ Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☐No
      Amount: _____ Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐Yes ☐No
      Amount: _____ Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐Yes ☐No
      Amount: _____ Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐Yes ☐No
      Amount: _____ Received by: _____

   f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance
      ☐Yes ☐No
      Amount: _____ Received by: _____

   g. ☐ Any other sources (describe source:_____) ☐Yes ☐No
      Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐Yes ☐No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐Yes ☐No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☐No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐Yes ☒No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property: ____NO_____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒ None.
_____
_____

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.                    I have 3 sons to support but am unable
_____    due to being in prison

Letter in re: to Financial MOTION TO PROCEED

I was at Lawrence Correctional Center from June of 2012 until June 19, 2013. I was at Menard from June 19, 2013 until July 31st, 2013 when I arrived here at NRC Stateville.

The business office here at NRC Stateville told me, I don't have an account because I'm writ status. I enclosed a statement from Menard, but don't have any way to obtain a statement from Lawrence.

I'm hopeful the court will understand my confusing situation and allow me to proceed in lieu of the outstanding financial documents, due to my being injured each day I'm forced to live under my current conditions of confinement at NRC.

Sincerely;
Michael Whitmer B30985
plaintiff pro se
NRC Stateville
PO 112, Joliet Il 60434

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _July 15, 2013_

_Michael Widmer_
_____
Signature of Applicant

_Michael Widmer_
_____
(Print Name)

---

**NOTICE TO PRISONERS:** In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by each institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Michael Widmer_, I.D.# _B30985_, has the sum of $ _-528.01_ on account to his/her credit at (name of institution) _Menard C.C._. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _0_. (Add all deposits from all sources and then divide by number of months).

_7-16-13_
_____
Date

_Carla Draves_
_____
Signature of Authorized Officer

_Carla Draves_
_____
(Print Name)

Date: 7/16/2013

Time: 8:25am

d_list_inmate_trans_statement_composite

# Menard Correctional Center
## Trust Fund
### Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 01/01/2013 thru End;      Inmate: B30985;      Active Status Only ? : No;      Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;      Print Furloughs / Restitutions ? : Yes;      Include Inmate Totals ? : Yes;      Print Balance
Errors Only ? : No

**Inmate: B30985 Widmer, Michael L.**                              **Housing Unit: MEN-N2-08-24**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
|      |        |                  |       |             | Beginning Balance: | | 0.00 |
| 07/08/13 | Mail Room | 04 Intake and Transfers In | 189259 | 39379 | Lawrence Correctional Center | -322.93 | -322.93 |

|  |  |
|--|--|
| Total Inmate Funds: | -322.93 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 205.08 |
| Funds Available: | -528.01 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

## RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 06/26/2013 | 405802 | Disb | Library | 2 DOC: 523 Fund Library | $2.90 |
| 06/27/2013 | 406253 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406295 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/27/2013 | 406297 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.46 |
| 06/28/2013 | 406595 | Disb | Eyeglass frames | 99999 DOC: 523 Fund Inmate Reimburseme | $48.91 |
| 06/28/2013 | 406650 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.12 |
| 06/28/2013 | 406668 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.92 |
| 07/03/2013 | 406912 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.32 |
| 07/03/2013 | 406948 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/08/2013 | 407554 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $1.80 |
| 07/08/2013 | 407555 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $84.00 |
| 07/08/2013 | 407556 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $30.00 |
| 07/08/2013 | 407557 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $3.35 |
| 07/08/2013 | 407558 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $6.20 |
| 07/08/2013 | 407559 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $2.80 |
| 07/08/2013 | 407560 | Disb | Library/LAWRENCE | 2 DOC: 523 Fund Library | $0.50 |
| 07/09/2013 | 407707 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.98 |
| 07/09/2013 | 407763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.64 |
| 07/09/2013 | 407813 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 07/10/2013 | 407961 | Disb | Library | 2 DOC: 523 Fund Library | $1.00 |
| 07/11/2013 | 408457 | Disb | Library | 2 DOC: 523 Fund Library | $9.50 |
|  |  |  |  | Total Restrictions: | $205.08 |